# UNITED STATES DISTRICT COURT

for the

Central District of California

| | |
|---|---|
| UNITED STATES OF AMERICA, <br> v. <br> PEDRO ALVAREZ-SANCHEZ, <br> Defendant. | Case No. ED19-0663M |

FILED
CLERK U.S. DISTRICT COURT
DEC 11 2019
CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

LODGED

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about June 11, 2019, in the County of San Bernardino in the Central District of California, the defendant violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. §§ 1326(a) and (b)(2) | Illegal Re-entry of a Deported or Removed Alien |

This criminal complaint is based on these facts:

*Please see attached affidavit.*

☒ Continued on the attached sheet.

_____
Complainant's signature

Carlos Martinez, Deportation Officer
Printed name and title

Sworn to before me and signed in my presence.

Date: 12/11/19

_____
Judge's signature

City and state: Riverside, California

Hon. Kenly Kiya Kato, U.S. Magistrate Judge
Printed name and title

AUSA: Peter Dahlquist (951-276-6267)

**AFFIDAVIT**

I, Carlos Martinez Jr., being duly sworn, declare and state as follows:

## I. INTRODUCTION

1. I am a Deportation Officer ("DO") with the United States Department of Homeland Security ("DHS"), U.S. Immigration and Customs Enforcement ("ICE"), and I have been so employed since September 2006. I am currently assigned to the San Bernardino Office of Enforcement and Removal Operations. I have experience reviewing immigration files, removal proceedings and executed final orders of removal.

## II. PURPOSE OF AFFIDAVIT

2. This affidavit is made in support of a criminal complaint charging PEDRO ALVAREZ-SANCHEZ, also known as ("aka") "Pedro Alvares Sanchez," aka "Pedro Sanchez-Alvarez" aka "Alfredo Gomez" ("ALVAREZ-SANCHEZ"), with a violation of Title 8, United States Code, Sections 1326(a) and (b)(2) (Illegal Re-entry of a Deported or Removed Alien).

3. The facts set forth in this affidavit are based upon my personal observations, my training and experience, and information obtained from various law enforcement personnel and witnesses. This affidavit is intended to merely show that there is sufficient probable cause for the requested criminal complaint and does not purport to set forth all of my knowledge of or investigation into this matter. Unless specifically indicated otherwise, all conversations and statements described in this affidavit are related in substance and in part only.

### III. **PROBABLE CAUSE**

4. On or about July 1, 2019, as part of my routine database checks, I learned that, on or about June 11, 2019, local law enforcement in the County of San Bernardino arrested ALVAREZ-SANCHEZ for the offense of Transport/Sell Controlled Substance in violation of California Health and Safety code Section 11351. Subsequently, I conducted law enforcement database checks and learned that ALVAREZ-SANCHEZ was convicted for that offense and will be releasing to ICE custody on or about December 10, 2019. Based on this information, I undertook the present investigation of ALVAREZ-SANCHEZ.

5. On or about November 12, 2019, I obtained and reviewed the DHS A-File A029 315 516, which is maintained for the subject alien "PEDRO ALVAREZ-SANCHEZ." The A-File contained the following documents and information:

   a. Photographs of the subject alien to whom DHS A-File A029 315 516 corresponds. I compared those photographs to photographs taken of ALVAREZ-SANCHEZ at the time of his booking into the San Bernardino County Jail on or about June 11, 2019. I determined that the photographs in DHS A-file A029 315 516 depict ALVAREZ-SANCHEZ.

   b. Removal Orders showing that ALVAREZ-SANCHEZ was ordered removed from the United States to Mexico on August 11, 1989 and January 15, 2018.

   c. Executed I-205 Warrants of Removal/Deportation and I-296 Notice to Alien Ordered Removed/Departure Verification indicating that ALVAREZ-SANCHEZ was officially removed and

deported from the United States on August 11, 1989, July 24, 1997, May 22, 2007, June 15, 2016, and January 15, 2018. I know from my training and experience that an I-205 Warrant of Removal/Deportation and I-296 Notice to Alien Ordered Removed/Departure Verification is executed each time a subject alien is removed and deported from the United States by ICE (and its predecessor agency, INS) and usually contains the subject's signature and fingerprint. The executed I-205 Warrants of Removal/Deportation and I-296 Notice to Alien Ordered Removed/Departure Verification in ALVAREZ-SANCHEZ's DHS A-File contains his signature, and fingerprint.

d. A copy of conviction record, from the United States District Court for the Central District of California, case number 88-CR-00671-CBM-1, showing that ALVAREZ-SANCHEZ was convicted on or about February 8, 1989, of Possession of Counterfeit Government Obligations, in violation of Title 18, United States Code, Section 472, for which ALVAREZ-SANCHEZ was sentenced to 12 months in prison.

e. A certified copy of conviction record, from the Superior Court of the State of California, County of San Bernardino, case number SCR58007, showing that ALVAREZ-SANCHEZ was convicted on or about April 5, 1993, of Possession for Sale of a Controlled Substance, to wit, Cocaine, in violation of California Health and Safety Code Section 11351, for which ALVAREZ-SANCHEZ was sentenced to four years in prison.

f. A certified copy of conviction record, from the Superior Court of the State of California, County of San

3

Bernardino, case number SCR58007, showing that ALVAREZ-SANCHEZ was convicted on or about April 5, 1993, of Possession for Sale of a Controlled Substance, to wit, Heroin, in violation of California Health and Safety Code Section 11351, for which ALVAREZ-SANCHEZ was sentenced to one year in prison.

        g. A certified copy of conviction record, from the Superior Court of the State of California, County of San Bernardino, case number FSB06167, showing that ALVAREZ-SANCHEZ was convicted on or about March 29, 1995, of Sale/Transportation/Offer to Sell Controlled Substance, to wit, Heroin, in violation of California Health and Safety Code Section 11352(a), for which ALVAREZ-SANCHEZ was sentenced to five years in prison.

        h. A copy of conviction record, from the United States District Court for the District of Arizona, case number 07-MJ-01715-001M, showing that ALVAREZ-SANCHEZ was convicted on or about February 28, 2007, of Alien Eluding Examination and Inspection by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325, a misdemeanor offense, for which ALVAREZ-SANCHEZ was sentenced to 90 days in prison.

        i. A copy of conviction record, from the Superior Court of the State of Nevada, Clark County, case number 10C262663-1, showing that ALVAREZ-SANCHEZ was convicted on or about May 10, 2010, of Trafficking in Controlled Substance, to wit, cocaine and/or Methamphetamine, in violation of Nevada Revised Statutes Section 453.3385, for which ALVAREZ-SANCHEZ was

sentenced to a maximum of 72 months imprisonment with a minimum parole eligibility of 28 months of imprisonment.

j. A copy of conviction record, from the United States District Court for the District of Nevada, case number 12-CR-0168-JCM-PAL, showing that ALVAREZ-SANCHEZ was convicted on or about April 17, 2013, of Deported Alien Found Unlawfully in the United States, in violation of Title 8, United States Code, Section 1326, for which ALVAREZ-SANCHEZ was sentenced to 56 months in prison.

k. A copy of conviction record from the San Bernardino Court Website, from the Superior Court of the State of California, County of San Bernardino, case number FWV19001814, showing that ALVAREZ-SANCHEZ was convicted on or about December 3, 2019, of Transport/Sell Controlled Substance, in violation of California Health and Safety Code Section 11351, for which ALVAREZ-SANCHEZ was sentenced to two years in prison.

l. Various documents, in addition to the Warrants of Removal/Deportation, indicating that ALVAREZ-SANCHEZ is a native and citizen of Mexico. These documents include: (i) Final Orders of Deportations, dated August 11, 1989 and January 15, 2018, ordering ALVAREZ-SANCHEZ deported to Mexico; and (ii) Record of Sworn Statement for Reinstatement dated January 15, 2018 in which ALVAREZ-SANCHEZ admitted that he is a citizen and native of Mexico.

m. On or about November 12, 2019, I reviewed the printouts of the Criminal Identification Index ("CII"). Based on my training and experience, I know that the CII databases

track and record arrests and convictions of individuals according to an individual's CII number. The CII printouts confirmed that ALVAREZ-SANCHEZ had been convicted of the crimes reflected on the documents contained in the DHS A-File, described above.

6. On or about November 12, 2019, I reviewed the printouts of ICE computer indices on ALVAREZ-SANCHEZ. Based on my training and experience, I know that the ICE computer indices track and document each time an alien is deported from the United States by ICE, was deported by the former INS, or is granted permission to enter or re-enter the United States. The ICE computer indices confirmed that ALVAREZ-SANCHEZ had been deported on the dates indicated on the Warrants of Removal/Deportation and Notice to Alien Ordered Removed/Departure Verification found in the DHS A-File. The ICE computer indices further indicated that ALVAREZ-SANCHEZ had not applied for or obtained permission from the Attorney General or his designated successor, the Secretary of Homeland Security, to re-enter the United States legally since ALVAREZ-SANCHEZ had last been deported.

7. Based on my review of ALVAREZ-SANCHEZ's DHS A-File, I have determined that his A-File does not contain any record of him ever applying for, or receiving permission from, the Attorney General or his designated successor, the Secretary of Homeland Security, to legally re-enter the United States. Based on my training and experience, I know that such documentation is required to re-enter the United States legally after

deportation, and that if such documentation existed, it would ordinarily be found in the DHS A-File.

### IV. CONCLUSION

8. Based on the foregoing, I submit that there is probable cause to believe that ALVAREZ-SANCHEZ has violated Title 8, United States Code, Sections 1326(a) and (b)(2) (Illegal Re-entry of a Deported or Removed Alien).

_____
Carlos Martinez Jr.
Deportation Officer, ICE

Subscribed to and sworn before me
this 11 day of December, 2019.

_____
UNITED STATES MAGISTRATE JUDGE